NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WIRTGEN GMBH, JOSEPH VOGELE AG, WIRTGEN GROUP HOLDING GMBH, WIRTGEN AMERICA, INC.,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**CATERPILLAR INC., CATERPILLAR PAVING PRODUCTS, INC.,**
*Intervenors*

---

2019-2320

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1088.

---

**JUDGMENT**

---

MICHAEL E. JOFFRE, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellants.  Also represented by PAUL ASHLEY AINSWORTH, WILLIAM MILLIKEN, DANIEL YONAN, DONALD BANOWIT, RALPH WILSON POWERS, III; MARK ANDREW KILGORE, RYAN D. LEVY, SETH R.

OGDEN, WILLIAM E. SEKYI, JOHN FRANCIS TRIGGS, Patterson Intellectual Property Law, PC, Nashville, TN.

HOUDA MORAD, Office of General Counsel, United States International Trade Commission, Washington, DC, argued for appellee.  Also represented by SIDNEY A. ROSENZWEIG, WAYNE W. HERRINGTON.

LUKE MCCAMMON, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for intervenors.  Also represented by JAMES R. BARNEY, MAREESA ARNITA FREDERICK.

─────────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, SCHALL, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 10, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |